Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorney for Plaintiff
*MARGARET GLASGOW*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Margaret Glasgow,<br><br>    Plaintiff,<br>v.<br><br>Wells Fargo Home Mortgage; One Nevada Credit Union; Experian Information Solutions, Inc.; Equifax Information Services LLC; and Trans Union, LLC,<br><br>    Defendants. | Civil Action No.: |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3, MARGARET GLASGOW who is Plaintiff, makes the following disclosure:

1. The party is not a publicly held corporation or other publicly held entity.

2. The party does not have a parent corporation.

3. There is no 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity.

4. There is no any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

5. The party is not a trade association.

6. The case does not arise out of a bankruptcy proceeding.

Dated: July 16, 2018

                Respectfully submitted,

By   /s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com