**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com

COUNSEL FOR DEFENDANT TRANS UNION LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET GLASGOW,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE;<br>ONE NEVADA CREDIT UNION; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:18-cv-01289-GMN-GWF<br><br>**DEFENDANT TRANS UNION LLC'S RULE 7.1 CERTIFICATE OF INTERESTED PARTIES** |

Defendant Trans Union LLC, through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 7.1, hereby certifies the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock.

No public company directly owns 10% or more of the ownership in Trans Union LLC.

Dated this 2nd day of August, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*

Jason G. Revzin
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada  89118
Telephone: (702) 893-3383
Facsimile:  (702) 893-3789
Email: Jason.Revzin@lewisbrisbois.com

**COUNSEL FOR TRANS UNION LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd of August, 2018, I filed **DEFENDANT TRANS UNION LLC'S RULE 7.1 CERTIFICATE OF INTERESTED PARTIES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Matthew I. Knepper
matthew.knepper@knepperclark.com
Miles N. Clark
miles.clark@knepperclark.com
Knepper & Clark LLC
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
(702) 825-6060
(702) 447-8048 Fax
  *and*
David H. Krieger
dkrieger@hainesandkrieger.com
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 383-5518 Fax
***Counsel for Plaintiff***

*/s/ Anne Cordell*
_____
**An Employee of**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**