1  JAMES E. WHITMIRE, ESQ.
   Nevada Bar No. 6533
2  jwhitmire@santoronevada.com
   SANTORO WHITMIRE
3  10100 W. Charleston Blvd., Suite 250
   Las Vegas, Nevada 89135
4  Telephone:   702/948-8771
5  Facsimile:   702/948-8773

6  *Attorney for Defendant*
7  *One Nevada Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARGARET GLASGOW,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; ONE NEVADA CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC,<br><br>    Defendants. | Case No.: 2:18-cv-01289-GMN-GWF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT ONE NEVADA CREDIT UNION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

      Plaintiff Margaret Glasgow ("Plaintiff") and Defendant One Nevada Credit Union ("Defendant") state the following:

      1.    The Complaint was filed on July 16, 2018. (ECF No. 1).

      2.    Defendant was served on July 18, 2018.

      3.    Pursuant to Fed. R. Civ. P. 12, Defendant has 21 days to file a response to the Complaint, or until August 8, 2018.

      4.    Defendant has recently retained counsel.

. . .

5. To allow Defendant's counsel to conduct a preliminary investigation of the Complaint's allegations and prepare a response, the parties agree to extend the date for Defendant to answer or otherwise respond to the Complaint from August 8, 2018 to **August 22, 2018**.

6. This extension is being sought for good cause and not for the purposes of delay.

**IT IS SO AGREED AND STIPULATED:**

| HAINES & KRIEGER, LLC | SANTORO WHITMIRE |
|---|---|
| */s/ Miles N. Clark* | */s/ James E. Whitmire* |
| DAVID H. KRIEGER, ESQ. | JAMES E. WHITMIRE, ESQ. |
| Nevada Bar No. 9086 | Nevada State Bar No. 6533 |
| 8985 S. Eastern Avenue, Suite 350 | 10100 W. Charleston Blvd., Suite 250 |
| Henderson, NV 89123 | Las Vegas, NV 89135 |
| Email: dkrieger@hainesandkrieger.com | Tel: 702.948.8771 |
| | E-mail: jwhitmire@santoronevada.com |
| Matthew I Knepper, Esq. | |
| Miles N. Clark, Esq. | *Attorney for Defendant One Nevada Credit Union* |
| KNEPPER & CLARK, LLC | |
| 10040 W. Cheyenne Ave. Suite 170-109 | |
| Las Vegas, NV 89129 | |
| Email: matthew.knepper@knepperclark.com | |
| miles.clark@knepperclark.com | |

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: __8/8/2018__