Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET GLASGOW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; ONE NEVADA CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01289-GMN-GWF<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC**<br><br>**[FIRST REQUEST]** |

　　　Plaintiff Margaret Glasgow ("Plaintiff") and Defendant Equifax Information Services, LLC; ("Equifax" or "Defendant") (collectively, the "Parties"), by and through their counsel of

record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Equifax (60) sixty days:

1. The Parties settled this matter on September 17, 2018.

2. The Parties are currently working on finalizing their Settlement Agreement.

3. The Parties request and extension of sixty days to file their Stipulation of Dismissal of Equifax to allow them additional time to finalize the settlement agreement.

4. Plaintiff agrees to file the Stipulation of Dismissal of Equifax no later than **January 15, 2019**.

DATED January 8, 2019.

/s/ *Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiff*

/s/ *Jeremy J. Thompson*
Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
Nicholas M. Wieczorek, Esq.
Nevada Bar No. 6170
CLARK HILL PLLC
3800 Howard Hughes Pkwy., Ste. 500
Las Vegas, NV 89169
Email: jthompson@clarkhill.com
Email: nwieczorek@clarkhill.com

*Attorney for Defendant*

*Equifax Information Services LLC*

## ORDER GRANTING

## EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC

**IT IS SO ORDERED.**

Dated this __10__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC[FIRST REQUEST] - 2